| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans, LLC | **Order Filed on May 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Robert F. Conklin,<br><br>Debtor. | Case No.:  21-12535 VFP<br>Adv. No.:<br>Hearing Date:  5/20/2021 @ 8:30 a.m.<br><br>Judge:  Vincent F. Papalia |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: May 14, 2021**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:              Robert F. Conklin
Case No.:            21-12535 VFP
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Quicken Loans, LLC, holder of a mortgage on real property located at 121 Athenia Avenue, Clifton, NJ, 07013, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Gary G. Didieo, Esquire, attorney for Debtor, Robert F. Conklin, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 11) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change (**\*NOTE: this loan is now an escrowed loan**); and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.