UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, New Jersey 07662
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman
Chapter 7 Trustee
Michael E. Holt, Esq.
Kimberly J. Salomon, Esq.
mholt@formanlaw.com
ksalomon@formanlaw.com

| | |
|---|---|
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br><br>                Debtor. | Chapter:   7<br><br>Case No.:  21-12535 (VFP) |
| CHARLES M. FORMAN, in his capacity as Chapter 7 Trustee of Robert F. Conklin, Sr.,<br><br>                Plaintiff,<br>v.<br><br>JOYCE R. CONKLIN,<br><br>                Defendant. | Adv. Pro. No. 21-01483 (VFP) |

## CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1.  I am the duly qualified and acting trustee.

2.  I filed the Complaint to Sell Property Free and Clear of Co-Owners Interest in the above-captioned matter without paying the required fee.

3.  I agree, in my capacity as trustee, to pay the required filing fee.

F0158574 - 1

4.      I certify under penalty of perjury that the foregoing is true and correct.

/s/ Charles M. Forman                                   Charles M. Forman
Trustee (Signature)                                        Typed Name of Trustee

Dated:  November 22, 2021


NOTICE TO TRUSTEE

The filing fee for the captioned adversary proceeding filed on November 17, 2021 is $_____

                                                              (Deputy Clerk)