

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J.LBR 9004-2(c)<br><br>**A. ATKINS APPRAISAL CORPORATION**<br>122 Clinton Road,<br>Fairfield, New Jersey 07004<br>(973) 227-1900 | Order Filed on March 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>ROBERT F. CONKLIN, SR.,<br><br><br>Debtor. | Case No.: 21-12535<br><br>Judge: VFP<br><br>Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2022**

_____
Honorable Vincent F. Papalia
**United States Bankruptcy Judge**

(Page 2)

Debtor:              ROBERT F. CONKLIN, SR.

Case No.:            21-12535/VFP

Caption of Order:    Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 375.00 | |